**Motion Granted; Appeal Dismissed and Memorandum Opinion filed August 7, 2018.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-18-00188-CV

---

### JANUS I UNLIMITED, INC., Appellant

### V.

### JANE DOE, INDIVIDUALLY AND AS NATURAL GUARDIAN AND NEXT FRIEND OF D.S., HER MINOR CHILD, Appellee

---

**On Appeal from the 165th District Court
Harris County, Texas
Trial Court Cause No. 2017-26123**

---

## M E M O R A N D U M    O P I N I O N

This is an appeal from the "denial of Janus' Partial TCPA Motion to Dismiss by operation of law." On July 23, 2018, appellant filed a motion to dismiss the appeal. Tex. R. App. P. 42.1. The motion is granted and the appeal is dismissed.

PER CURIAM

Panel consists of Justices Donovan, Wise, and Jewell